Case 2:21-cv-00084-PLM-MV   ECF No. 1, PageID.1   Filed 04/26/21   Page 1 of 6

FILED - GR
April 26, 2021 4:2 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW  SCANNED BY: TB 4/27/21

2:21-cv-84
Paul L. Maloney - U.S. District Judge
Maarten Vermaat - Magistrate Judge

Attn: Judge, Janet T. Neff (P18210)

[Di]strict Court for Western Michigan

Bldg. 110 Michigan St. NW, Rm 401

[Gran]d Rapids, Mich. 49503

4/5/21
CC file

Shannon J. Griffith
#165268 MBP/MDOC
Marquette Branch Prison
1260 US Hwy 41 South
Marquette, Mich. 49855

RE: Dockets # 20cv05309;
2021 US Dist Lexis 167;

I am enquiring as to a single yes or no question whether or not I or others are required to file Motion for Contempt regarding MDOC theft of Stimulus checks thru Bait & switch BAD FAITH semantics in recategorizing Economic Impact Payments as Income Tax Refund checks subject to debts collections, when the 26 USC §6824, you cited in Wilcox V Mnuchin, specifically precluded this abuse of ministerial duty?

Does the MDOC Stateward Class have to file Class Action to get what the US Congress provided thru legislation?

I'm not asking for advice. I'm asking the Court Act SUA Sponte to hold Defendants MDOC Accountable.

I've notified entire chain of Command including Asst. US Atty Gen for Mich. and US Atty Gen Garland.

IN PRO SE

## Affidavit IN Support

Pursuant 28 USC §1746, I, <u>Shannon J Griffith</u>, swears under penalty of perjury, the following, referenced, and attached, to be true, factual, and complete to the best of my knowledge, information, belief, and ability, at this time, being competent to put this forth in good faith, for which this also Acts As Proof of Service upon all concerned parties for purposes of Enforcing the Economic Impact Payments ordered by the United States Congress and signed into Action by the President(s) of the United States, which instructs the Treasury Dept. of the Internal Revenue Service to provide stimulus checks, monies, credits to all qualifying citizens, but which Marquette Branch Prison of Michigan Dept. of Corrections have been impeding thru BAD FAITH Bait & switch semantics in recategorizing as Income tax refund and subject to debt collections; in contravention of Congress' intent to benefit individuals immediately, pursuant 26 USC §6824; Pub. L. No.- 116-136, 134 Stat. 281 (2020); As ruled previously by Federal Courts in <u>Scholl V Mnuchin</u> 483 FSupp3d 822 (Calif Northern Dist Ct.); which Defendants also violate with the purported collaboration of IRS (As reported in J-pay Notices to Prisoners) of Admin. Proc. Act, 5 USC §706(1); 5 USC §§702, 706(2); establishing WIRE FRAUD in violation RICO/ HOBBs, as well as Discrimination that violates T, T/s II ADA/Rehab Acts; And which originally referred to in......

(1)

Continued... Griffith Pro Se Affidavit In Support EIP

. . .

... Listing Lexis <u>Wilcox V Mnuchin</u> 20CV05309; 2021 US Dist.Lexis 167; Jan 4(2021) Western Michigan US Dist. Ct. by Judge, Janet T. Neff where in Stat.#'s were transposed confusing litigants between 26 USC §6824; and 26 USC §6428; requiring Plaintiff-Affiant hereat clarify FACTS, ISSUES, AND Claims pursuant Congressional intent, instruction, And legislation pursuant following items;

(#1) Affiant being Certified Disabled by Social Security and subsequently illegally imprisoned Actually Innocent Citizen Especially vulnerable to sophisticated Predator Authorities Now owes almost $10,000.⁰⁰ ten thousand dollars, due to MDOC Manipulations and fraudulent billings, which MDOC/State of Michigan Claim Allows taking of EIP monies to satisfy in direct contradiction of Aforestated legislative Acts as well as purposefully intended benefits to individual citizens as clearly stated by Congress;

(#2) Plaintiff-Affiant cannot benefit as intended by Congress, where of Defendants State of Michigan Dept. of Corrections, together with IRS, redirect authorized monies to debt satisfaction, since it is Defendants own illegal Actions that created debts in 1st place and redirected economic Impact Payments only serve to stimulate Defendants further thefts under BAD FAITH pretextual pretenses, leaving Plaint to remain just as destitute as before Congressional Actions to relieve circumstances; . . . . .

(2)

Continued... Griffith Pro Se Affidavit IN Support EIP

...(#3) While Defendants prior Abuses, destructions/ - disposals of Plaintiff-Affiants personal property, and perjured Administrative records to cover up, established fraudulent grounds, upon paper only, to begin dunning Affiant with expenses debts, the Courts have only further emboldened Defendants thru myriad FTCA violations victimizing Plaintiff-Affiant As well As Class of disabled imprisoned citizens, for which Notice is hereat served pursuant Federal Statutes for the Damages $3,200.00 stimulus monies from Economic Impact Payments As well AS (3x) three times Amount, Allowed by Civil Rights Action in U.S. District Courts, Against Defendants individually, As well As collectively Against Defendant Agencies, Departments, States, And Governments perpetuating GROSS Trespasses upon Title II ADA/Rehab Acts in discrimination Against especially vulnerable State wards without other resources in violation United States Supreme Court Rulings Monell V Dept. of Social Services 436 US 658 (1978); if necessary on behalf Class represented.

(3)

Continued... Griffith Pro Se Affidavit In Support EIP

...As Stated in first paragraph, this also acts as Proof of Service to all concerned parties, Authorities, Defendants, which are held personally liable and professionally responsible pursuant Civil Tort laws of Notice, including but not limited to the following:

Marquette Branch Prison Warden Erica Huss; Acct. Tech J. Bottem; Facility business Mngr. R. McCarthy; MDOC Director, Heidi E. Washington, et.al.; State Attorney General, Dana Nessel (P51346) et.al.; Michigan Governor Gretchen E. Whitmer (P58112) et.al.; Asst. US Attorney General Northern Michigan, et.al.; United States Attorney General (Ex officio Judge) Merrick Garland, et.al.; IRS Taxpayer Advocate Supervising Attorney, Detroit computing Ctr. 985 Michigan Ave. Rm 1052 Detroit, Mich. 48226; United States President Joseph Biden, et.al. thru MDOC expedited legal mail process as Notarized witness signature stipulates on this Date 4/16/21

*Affiant has tried to get this notarized and expedited legal mail since 4/8/21. [initials]

In Pro Se [signature]
Shannon J. Griffith
#165268 MBP/MDOC
Marquette Branch Prison
1760 US Hwy 41 South
Marquette, Mich. 49855

Notary [signature]

ERIK JOHNSON
NOTARY PUBLIC, STATE OF MI
COUNTY OF MARQUETTE
MY COMMISSION EXPIRES Oct 6, 2025
ACTING IN COUNTY OF Marquette

(4)

Prisoner Name: Shannan J. Griffith
Prisoner Number: 165268
MARQUETTE BRANCH PRISON
1960 U.S. Highway 41 South
Marquette, MI 49855

KINGSFORD MI 498
19 APR 2021 PM
Legal Mail

$000.51
0000922699   APR 16 2021
MAILED FROM ZIP CODE 49855

RECEIVED (GR)
U.S. District Court Clerk
APR 26 2021
Western Michigan

Attn: Judge: Janet T. Neff (P18210)
US District Court for Western Michigan
Federal Bldg. 110 Michigan St. NW, Room 401
Grand Rapids, Mich. 49503

49503$9999