UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
―――

SHANNON J. GRIFFITH,

        Plaintiff,                    Case No. 2:21-cv-84

v.                                         Honorable Paul L. Maloney

ERICA HUSS et al.,

        Defendants.
_____/

## **JUDGMENT**

In accordance with the order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and failure to comply with the Court's order.


Dated:  July 16, 2021                      /s/ Paul L. Maloney
                                                        Paul L. Maloney
                                                        United States District Judge